IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CASE NO. 4:13CR241 |
| | § | (Judge Crone) |
| ALBERTO GALVAN (4) | § | |
| a.k.a. "Beto" | § | |

**NOTICE OF PLEA AGREEMENT**

Now Comes the United States of America by and through its United States Attorney and would show the Court the Defendant, ALBERTO GALVAN a.k.a. "Beto" and the Government have entered into a written plea agreement in relation to the charges in the Indictment now pending before this Court.

Respectfully submitted,

JOHN M. BALES
United States Attorney

/s/ Maureen Smith

MAUREEN SMITH
Assistant United States Attorney
600 East Taylor Street, Suite 2000
Sherman, TX    75090
TX Bar No. 00787247
903/868-9454
FAX: 903/892-2792

**CERTIFICATE OF SERVICE**

I hereby certify a true and correct copy of the foregoing was mailed first class mail to attorney for Defendant via CM/ECF as of this the 27th day of June, 2014.

/s/ Maureen Smith

_____
MAUREEN SMITH