IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:12CR241 |
| | § | (Judge Crone) |
| ALBERTO GALVAN (4) | § | |
| a.k.a. "Beto" | | |

## STATEMENT OF FACTS IN SUPPORT OF PLEA AND INDICTMENT

The defendant, **Alberto Galvan**, hereby stipulates and agrees that at all times relevant to the indictment, the following facts were true:

1. **Alberto Galvan** is the same person charged in the indictment, and is pleading guilty to Count One, conspiracy to distribute and dispense and possess with intent to distribute and dispense cocaine and marijuana.

2. The events described in the indictment occurred in the Eastern District of Texas and elsewhere.

3. **Alberto Galvan,** Samuel Lozano, and one or more other persons in some way or manner made an agreement to commit the crime charged in the indictment, that is, conspiring to distribute and dispense and possess with intent to distribute and dispense cocaine and marijuana.

4. **Alberto Galvan** knew the unlawful purpose of the agreement and joined in the agreement knowingly, with the intent to further its purpose.

5. As evidence of the agreement and the actions that **Alberto Galvan** took to further it, he committed the following overt acts, among others:

  a. In 2011, **Alberto Galvan** distributed at least 10 kilograms of cocaine a week for Samuel Lozanzo to a house on Clarendon Drive in Dallas, Texas.

  b. In 2012, **Alberto Galvan** distributed 10 to 15 kilograms a couple of times a month for Samuel Lozano to unindicted co-conspirators.

  c. Throughout the course of the conspiracy, **Alberto Galvan** was responsible for distributing at least 50 kilograms of cocaine.

## DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

6. I have read or had read to me this Statement of Facts in Support of Plea and the Indictment and have discussed it with my attorney. I fully understand the contents of this Statement of Facts in Support of Plea and the Indictment and agree without reservation that it accurately describes the events and my acts.

Dated: 17 June 14

_____
ALBERTO GALVAN
Defendant

## DEFENDANT'S COUNSEL'S SIGNATURE AND ACKNOWLEDGMENT

7. I have read this Statement of Facts in Support of Plea and the Indictment and have reviewed it with my client. Based upon my discussions with the defendant, I am satisfied that the defendant understands the Statement of Facts in Support of Plea and the Indictment.

Dated: 17 June 14

_____
LUIS MERRENI JR.
Attorney for the Defendant